UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:14-cr-99 |
| v. | ) | |
| | ) | Judge Mattice |
| | ) | |
| ALLEN BURNEY, | ) | Magistrate Judge Lee |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## ORDER

On January 14, 2015, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation (Doc. 20) pursuant to 28 U.S.C. § 636(b)(1). Magistrate Judge Lee recommended that Defendant's Motion to Suppress and Motion for a *Franks* Hearing (Doc. 14) be denied. (Doc. 20 at 14).

Defendant has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact and conclusions of law, and Defendant's Motion to Suppress and Motion for a *Franks* Hearing (Doc. 14) is hereby **DENIED.**

---

[1] Magistrate Judge Lee specifically advised Defendant that he had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 20 at 14); *see* Fed. R. Crim. P. 59(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

**SO ORDERED** this 2nd day of February, 2015.

                                                     */s/ Harry S. Mattice, Jr.*
                                                    HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE